

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-23-2015

# Generational Equity LLC v. Richard Schomaker

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Generational Equity LLC v. Richard Schomaker" (2015). *2015 Decisions*. Paper 205.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/205

This February is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 14-1291

GENERATIONAL EQUITY LLC

v.

RICHARD SCHOMAKER;
PITT CHEMICAL & SANITARY SUPPLY HOLDING CO., INC.,
Appellants

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civ. No. 2-13-cv-01105)

Submitted pursuant to Third Circuit LAR 34.1(a)
October 27, 2014

Before: McKEE, *Chief Judge*, GREENAWAY, JR., and
KRAUSE, *Circuit Judges*.

**ORDER**

**IT IS HEREBY ORDERED** that the Not Precedential Opinion and Judgment

filed in this case on February 19, 2015, are vacated, and the attached Not Precedential

Opinion and Judgment are to be filed in its place.

BY THE COURT

s/ Theodore A. McKee
Chief Judge

Dated: February 23, 2015
CLW/JK/cc: Peter N. Georgiades, Esq.
Joshua A. Lyons, Esq.
Maurice A. Nernberg, Jr., Esq.